UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:  
KAY E SCHOFIELD  
PO BOX 984  
WORTHINGTON, OH  43085

Case No:   05-77481

Judge:    C KATHRYN PRESTON

SSN(S):    XXX-XX-6178

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  May 24, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| KAY E SCHOFIELD<br>PO BOX 984<br>WORTHINGTON, OH  43085 | 500.00 |